**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENENSSEE**
**WESTERN DIVISION**

---

MUSETTE R. CLARK,

      PLAINTIFF,

vs.                           CIVIL ACTION NO. _____

SHELBY COUNTY SCHOOLS,
Now known as
MEMPHIS-SHELBY COUNTY SCHOOLS,

      DEFENDANT.

---

**COMPLAINT FOR DAMAGES FOR EMPLOYMENT DISCRIMINATION**

---

1.      That this action is brought for discrimination in employment pursuant toTitle VII of the Civil Rights Act of 1964, as codified and amended, 42 USC  2000eet seq, the Civil Rights Act of 1991, the Age Discrimination in Employment Act,29 U.S.C. §§ 621 et seq., and the Equal Pay Act and related state tort claims.

2.      That jurisdiction is conferred upon this United States District Court by the aforementioned statutes, as well as 28 USC 1331 and 1343.

3.      That jurisdiction is conferred upon this United States District Court by the Civil Rights Act of 1991 and related claims under Tennessee law.

4.      That the Equal Employment Opportunity Commission has issued a Notice of Right to Sue Letter in EEOC CHARGE NO. 490-2021-01099 dated January 27, 2022 (copy attached).

5.     That the Plaintiff is a 53-year-old Black female resident of Memphis,

Shelby County, Tennessee.

6.     That the Defendant is a quasi-governmental entity conducting business within

the jurisdiction  of this court and is an employer within the meaning of the cited

statutes.

7.     That the Plaintiff had dutifully worked for the Defendant since

August 14, 2000.

8.     That Plaintiff's position was Cafeteria Manager.

9.     That beginning in January 2021, Plaintiff was subjected to harassment by

Principal Erica Key and Cafeteria Manager Trainee Margarite Bell and required to

perform tasks that were not possible for her to complete.

10.     That Cafeteria Manager Trainee Margarite Bell is younger than the Plaintiff.

11.     That Plaintiff reported the harassment to Supervisor Ms. Shannon Davis.

12.     That Plaintiff's concerns were not addressed.

13.     That Plaintiff caused her complaints and concerns to be known by Director

Bradley; however, Plaintiff's concerns continued to be unaddressed.

14.     That in retaliation for Plaintiff's complaints and grievances, Plaintiff was

given negative site observations and management continued to refuse to address

Plaintiff's concerns and complaints.

15.     That Plaintiff sustained an injury while working.

16.     That Plaintiff's on the job injury (*OJI*) documentation was not facilitated or

processed properly by the Defendant.

17.     That on March 12, 2021, Plaintiff was sent home by agents of the Defendant until her doctor's note was completed.

18.     That Plaintiff has not returned to work.

19.     That Plaintiff was discriminated against and disparately treated because of her disability in violation of the Americans with Disabilities Act Amendments Act.

20.     That Plaintiff was constructively and effectively discharged because of her on the job injury and seeking OJI benefits.

21.     That the Plaintiff has been subjected to unequal terms and conditions of employment because of her race.

22.     That the Plaintiff has been subjected to unequal terms and conditions of her employment because of her sex.

23.     That the Plaintiff has been subjected to unequal terms and conditions of her employment because of her age (53) in violation of the Age Discrimination in Employment Act (ADEA).

24.     That the acts and omissions of the Defendant were willful.

25.     That the Plaintiff has suffered loss of income, emotional harm, inconvenience, loss of enjoyment of life; compensatory damages in the amount of $500,000.00.

26.     That the Defendant's acts have been willful and punitive damages should be awarded to Plaintiff in the amount of $100,000.00.

*Wherefore*, Plaintiff demands judgment against the Defendant for lost wages, front pay, and the value of all the employment benefits to which she would have been entitled had it not been for the Defendant's discriminatory anddisparate treatment of Plaintiff, as well as, damages for retaliatory discharge, reasonable attorney fees and the costs of litigation and such other and appropriate relief as the court deems just.

*Plaintiff demands a jury to hear the suitable issues in this cause.*

*Respectfully submitted,*

/s/ *Gerald S. Green*

Gerald S. Green   #9470
P.O. Box 264
Memphis, TN   38101
T – 901-308-4880
F – 901-201-5885
E – indictmentedefense@gmail.com

Case 2:22-cv-02257-TLP-cgc    Document 1    Filed 04/25/22    Page 5 of 5    PageID 5