No. 23-5728

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

```
FILED
Sep 11, 2023
DEBORAH S. HUNT, Clerk
```

| | |
|---|---|
| MUSETTE R. CLARK, | ) |
| | ) |
|     Plaintiff-Appellant, | ) |
| | ) |
| v. | )  O R D E R |
| | ) |
| SHELBY COUNTY, TN SCHOOLS, nka Memphis Shelby County, TN Schools, | ) |
| | ) |
|     Defendant-Appellee. | ) |

Plaintiff appeals the dismissal of her action alleging discrimination under Title VII, the American with Disabilities Act, the Age Discrimination in Employment Act, the Equal Pay Act, and related state law claims. Retained counsel, Gerald S. Green, moves to withdraw from his representation of plaintiff on appeal citing to his client's discharge. Plaintiff also moves for the withdrawal of her current counsel and requests 60-90 days to retain new counsel.

Upon review, the motions to withdraw are **GRANTED,** and retained counsel, Gerald S. Green, is hereby relieved from further responsibility in this appeal. This matter will be held in abeyance for a period of **60 days** to permit plaintiff an opportunity to retain new counsel. If new counsel does not enter an appearance by **November 10, 2023**, the case shall proceed as a pro se matter.

                                    ENTERED PURSUANT TO RULE 45(a)
                                    RULES OF THE SIXTH CIRCUIT

                                    Deborah S. Hunt, Clerk

# United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 09/11/2023.

**Case Name:** Musette Clark v. Shelby County, TN Schools
**Case Number:** 23-5728

**Docket Text:**
ORDER filed: Upon review, the motions to withdraw [7048530-2] [7050566-2] are GRANTED, and retained counsel, Gerald S. Green, is hereby relieved from further responsibility in this appeal. This matter will be held in abeyance for a period of 60 days to permit plaintiff an opportunity to retain new counsel. If new counsel does not enter an appearance by November 10, 2023, the case shall proceed as a pro se matter.

**The following documents(s) are associated with this transaction:**
Document Description:   Order

**Notice will be sent to:**

Musette R. Clark
5156 Blacksmith Drive
Memphis, TN 38127

**A copy of this notice will be issued to:**

Mr. Gerald S. Green
Ms. Wendy R. Oliver
Ms. Kavita Goswamy Shelat
Mr. Christian West-Coleman